JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. G., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | CASE NO. EDCV 20-2453-SPG-AGR <br><br> JUDGMENT |

　　　IT IS HEREBY ADJUDGED that Judgment is entered for Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of U.S. Magistrate Judge.

DATED: August 10, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　United States District Judge