E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
TINA NAICKER
Special Assistant United States Attorney
CA State Bar No.: 252766
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Office 7
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4842
   Facsimile: (415) 744-0134
   E-mail: tina.naicker@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G.,[1]<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:20-cv-02453-SPG-AGR<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act:

-1-

IT IS ORDERED that fees in the amount of $ 6,382.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: August 23, 2023

THE HONORABLE ALICIA G. ROSENBERG
U.S. MAGISTRATE JUDGE